**Order entered March 15, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00979-CV

**ASHLEY QUARIAB, INDIVIDUALLY AND AS DERIVATIVELY FOR HI-TECH PRECIOUS METALS AND REFINERY, LLC AND AGDE, INC., Appellant**

**V.**

**MAJDI MOHD EL KHALILI, FADI FATHI MEQBEL, AND FERAS FATHI MEQBEL, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-02395**

### ORDER

In light of the Court's opinion of this date, we **LIFT** the stay order of December 8, 2020 and **DISMISS** all pending motions for want of jurisdiction.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE